UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA/FT. MYERS DIVISION

In re:

James A Aardema and
Jewel Aardema,                                                8:13-bk-07050-KRM

Debtor*

ORDER DENYING MOTIONS TO REDEEM COLLATERAL AND DETERMINE SECURED STATUS

THIS CASE came on for consideration without a hearing on the Motions to Redeem Collateral and Determine Secured Status, filed by the Movant (Doc. No. 19 and 20) ("Motions"). The Motions contain the negative notice allowed by Local Rule 2002-4; however, the wording does not conform to the Local Rule, in that the legend reflects the incorrect address of the Court. Accordingly, it is

ORDERED that the Motions are denied for the reason stated above, and the Movant is granted leave to file amended motion, without having to pay an additional filing fee, if any is due.

BY THE COURT

Dated: August 19, 2013

K. Rodney May
United States Bankruptcy Judge

*All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
Court to serve order.